**William F. Macreery**
**Counselor at Law**
**7 Granite Springs Road**
**Granite Springs, New York  10527**

**Tel: 914-248-0531**
**Fax: 914 248-0529**

February 1, 2017

Claire Togher, Case Manager
United States Bankruptcy Court
300 Quarropas Street
White Plains, New York 10601

      Re:    Matter of Nicolina and Pietro Randazzo, Debtors
               Cambareri v. Randazzo, et ano.
               Case No.: 05-25563 (RDD); Adv. No. 06-8314

Dear Ms. Togher:

     I am writing to report on the status of the above referenced adversary proceeding.

     As indicated in my prior status letters, this adversary proceeding is being held in abeyance pending the outcome of an action that Mr. Cambareri brought in New York State Supreme Court against the debtors and several other defendants.

     The state court action and other actions consolidated with it are in the Trial Readiness Part of Supreme Court, Westchester County.  Mr. Cambareri has been ill for quite some time.  The State Court has appointed David. G. Gallo, Esq. as guardian ad litem to represent the interests of Mr. Cambareri in the consolidated actions.

     I have been advised by Mr. Gallo that the parties will be appearing before the Court in the consolidated actions this Friday, and that he expects that the Court will set a date for trial.

     Thank you for your attention to this matter.

                                        Respectfully,

                                        /s/ William F. Macreery
                                        William F. Macreery

WFM

cc:    David G. Gallo, Esq.
        Marco E. Fava, Esq.
        Jonathan Stein, Esq.
        Mr. Rocco Cambareri